**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

---------------------------------------------------------
SHIVA STEIN,                                        :
                                                    :
      Plaintiff,                              :  Civ. No.    3:20-cv-04073-FLW-LHG
                                                    :
v.                                                  :
                                                    :
GAIN CAPITAL HOLDINGS, INC., JOSEPH                 :
A. SCHENK, GLENN H. STEVENS, TOM                    :
BEVILACQUA, CHRISTOPHER W.                          :
CALHOUN, ALEX GOOR, DOUG RHOTEN,                    :
CHRISTOPHER S. SUGDEN, AND PETER                    :
QUICK,                                              :
                                                    :
      Defendants.                             :
---------------------------------------------------------  :

**NOTICE OF VOLUNTARY DISMISSAL**

Notice is hereby given that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Shiva Stein hereby voluntarily dismisses her individual claims in the above-captioned action (the "Action") with prejudice. Because this notice of dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon filing of this notice.

DATED:  July 15, 2020                        Respectfully submitted,

                                                      **WOLF HALDENSTEIN ADLER**
                                                      **FREEMAN & HERZ LLP**

                                                      /s *Gloria Kui Melwani*
                                                      Gloria Kui Melwani (GM5661)
                                                      270 Madison Avenue
                                                      New York, New York 10016
                                                      Tel:  (212) 545-4600
                                                      Fax: (212) 686-0114
                                                      Email:  melwani@whafh.com
                                                      *Attorneys for Plaintiff*